UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID LEE SMITH,

    Plaintiff,

v.                                                                    CASE NO. 6:06-cv-727-Orl-19KRS

GREYHOUND BUS LINES,

    Defendant.

_____

**ORDER**

    Plaintiff has filed an Emergency Notice to Court (Doc. No. 4, filed June 15, 2006). The document is jumbled and difficult to decipher. It is not clear what relief Plaintiff seeks from the Court concerning the named Defendant. Therefore, the Emergency Notice to Court is **DENIED**.

    Further, the Court notes that Plaintiff has labeled the document as an "Emergency." Plaintiff is advised that the use of the term "emergency" on the title of a pleading should be used only in extraordinary circumstances, when there is a true and legitimate emergency. When a pleading is labeled as an "emergency," the Court is compelled to immediately divert its attention from other pending matters and to focus on the "emergency." The present document certainly did not assert matters that constituted an emergency, and Plaintiff should not label any further motions as an "emergency" unless there is a **true** and **legitimate** emergency. The failure to comply with this paragraph will result in the imposition of sanctions.

    **DONE AND ORDERED** at Orlando, Florida, this <u>15th</u> day of June, 2006.

*[signature]*
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies to:
sa 6/15
David Lee Smith
Counsel of Record