UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID LEE SMITH,

    Plaintiff,

v.                                              CASE NO. 6:06-cv-727-Orl19KRS

GREYHOUND BUS LINES,

    Defendant.
_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On July 20, 2006, the Court ordered Plaintiff to file an amended complaint (Doc. No. 14). Further, the Court notified Plaintiff that the failure to do so would result in the dismissal of the action without further notice. As of the date of this Order, Plaintiff has failed to comply.

Accordingly, it is now **ORDERED AND ADJUDGED:**

1.    This case is hereby **DISMISSED** without prejudice.

2.    The Clerk of the Court is directed to close this case.

**DONE AND ORDERED** at Orlando, Florida, this  14th   day of September, 2006.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sa 9/14
David Lee Smith